W. D. BUSH, et al., *Appellants*, vs. C. E. WEBB, JR., *Appellee*.
141 So. 532.

Division A.
Opinion filed May 14, 1932.

*L. D. McGregor* and *Chancey & Thomas*, for Appellants; *Robert Brodie, Hampton, Bull & Crom* and *Herbert S. Phillips*, for Appellee.

PER CURIAM.—The order appealed from, overruling the demurrers to appellee's bill as last amended, is affirmed on the authority of Folsom, et al. v. Farmers Bank of Vero Beach, 136 So. 524, and authorities therein cited. See also in this connection Forrester v. Watts, 73 Fla. 514, 74 So. 519; Dale v. Jennings, 90 Fla. 234, 107 So. 234, 8th headnote; Adams v. Stringfellow, 91 Fla. 305, 107 So. 633.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.